FILED

08 FEB 20 PM 12:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 0446 LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| EDUARDO VEGA-GAMBOA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Eduardo Vega-Gamboa</u>, Criminal Case No. 08CR0223-LAB.

DATED: February 20, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ J. Moore*
JEFFREY D. MOORE
Assistant U.S. Attorney