# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __08CR 446-LAB__
                         )
            vs           )   ABSTRACT OF ORDER
                         )   Booking No. __34518359__
_Eduardo Vega-Gamboa_    )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/1/08__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
              _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. _Do not release pending case 08CR 223-LAB_

                                            __LARRY A. BURNS__
                                            UNITED STATES MAGISTRATE JUDGE
                                                           DISTRICT
                                                        OR
                                            W. SAMUEL HAMRICK, JR., Clerk
Received _____               by _____
            DUSM                                     Deputy Clerk
                                                     T. WASHAM

Crim-9   (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY