UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR -3 PM 12: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR446-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EDUARDO VEGA-GAMBOA, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326 (a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/1/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON 4-2-08