**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 APR -3 PM 12: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDUARDO VEGA-GAMBOA,

        Defendant.

CASE NO. 08CR446

JUDGMENT OF DISMISSAL

FILED

APR - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: 8 USC 1326 (a) and (b)   - DEPORTED ALIEN FOUND IN THE UNITED STATES

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/1/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 4/4/38 ,

_____
United States Marshal

By: _____
USMS Criminal Section

ENTERED ON 4.2.08